

```
FILED
CLERK, U.S. DISTRICT COURT

October 3, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY:    VPC     DEPUTY
```

Jon J. Eardley, SB#132577
30025 Alicia Parkway, #309
Laguna Niguel, CA 92677
Phone Number (949-434-4943)
Email Address (jon.eardley@aol.com)
In Pro Per

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA—

SANTA ANA DIVISION

| | |
|---|---|
| IN RE MATTER OF JON JAY EARDLEY | Case No.: 2:21-cv-07758-SB-AFM (Tracking#:EDS-210929-000-1807) |
| STATE BAR OF CALIFORNIA, <br> vs. <br> JON JAY EARDLEY, <br> Respondent(s) | State Case Number(s): 14-N-2737; 11-C-16445; and as consolidated 08-O-10075 <br><br> ENERGENCY EX PARTE MOTION FOR APPOINTMENT OF COUNSEL <br><br> [28 U.S.C Sec. 1331; Grable & Sons v. Darue Engineering, et al., 545 U.S. 308 (2005); and U.S. Const., Art.I, Sec. 8, Clause 18.] |

## INTRODUCTION

Removing party herein requests the immediate appointment of counsel because of the unusual and sensitive nature of this case, and because of the racketeering (RICO) enterprises herein involved, respondent requires the safety of both the United States District Court and the United States courts in general, and the appointment of

EMERGENCY EX PARTE MOTION FOR APPOINTMENT OF COUNSEL - 1

counsel. The United States courts and particularly the Panel on Multi-District litigation are clearly involved herein. This case involves the Respondent's case, <u>In re Polycarbonate Plastics Products Liability Case</u> (E.D. Missouri). That is a case with a highly classified, EYES ONLY docket.

    The State Bar of California cannot be trusted in any way, as their State Bar Court is clearly a racketeering enterprise, as thoroughly described in the papers previously filed herein. Additionally, their judges do not possess a security clearance under United States law. Further, the State Bar of California is deeply involved in racketeering and additional criminal activity.

    The professional hit men who executed State Bar Governor Jeffrey Tidus and several other people connected to the Commerce Casino are still at large. Respondent herein contends that this is ample reason in and of itself for the appointment of counsel and for this matter to remain in federal court.

    Further, if the court requests additional information from the respondent, it is respectfully requested that that it do so under SEAL.

Respectfully submitted October 3, 2021

Jon J. Eardley, In Pro Per

EMERGENCY EX PARTE MOTION FOR APPOINTMENT OF COUNSEL - 2