1  Jon J. Eardley, SB#132577
2  30025 Alicia Parkway, #309
   Laguna Niguel, CA 92677
3  Phone Number (949-434-4943)
   Email Address (jon.eardley@aol.com)
4  In Pro Per



FILED
CLERK, U.S. DISTRICT COURT

October 3, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA—

SANTA ANA DIVISION

| | |
|---|---|
| IN RE MATTER OF JON JAY EARDLEY | ) Case No.: 2:21-cv-07758-SB-AFM<br>) (Tracking#:EDS-210929-000-1807)<br>) |
| ──────────────────────────── | ) State Case Number(s):<br>) 14-N-2737; 11-C-16445; |
| STATE BAR OF CALIFORNIA, | ) and as consolidated 08-O-10075<br>) |
| vs. | ) OBJECTION TO MAGISTRATE JUDGE<br>) |
| JON JAY EARDLEY, | ) [28 U.S.C Sec. 1331;<br>) Grable & Sons v. Darue |
| Respondent(s) | ) Engineering, et al., 545 U.S. 308<br>) (2005); and U.S. Const., Art.I,<br>) Sec. 8, Clause 18.] |
| ──────────────────────────── | ) |

**OBJECTION TO MAGISTRATE JUDGE**

Removing party and respondent, herein, Jon J. Eardley hereby objects to the magistrate judge, and to any magistrate judge, as to the proceedings herein.

OBJECTION TO MAGISTRATE JUDGE - 1

Respectfully submitted October 3, 2021

_____
Jon J. Eardley, In Pro Per

OBJECTION TO MAGISTRATE JUDGE - 2