

Jon J. Eardley, SB#132577
30025 Alicia Parkway, #309
Laguna Niguel, CA 92677
Phone Number (949-434-4943)
Email Address (jon.eardley@aol.com)
In Pro Per

IN THE SUPREME COURT OF THE UNITED STATES OF AMERICA

```
IN RE MATTER OF FEE TAIL,           ) Supreme Court Case No.:
                                    )
_____ ) District Court Case No.: 2:21-cv-
                                    ) 07758-SB-AFM
JON JAY EARDLEY,                    )
                                    )
      Relator and Petitioner,       ) IN RE MATTER OF FEE TAIL
                                    )
   vs.                              ) [U.S. Const., Art.I, Sec. 8,
                                    ) Clause 18.; Const., Art. III,
                                    ) Sec.2 and 3]
                                    )
STATE BAR OF CALIFORNIA;            )
                                    )
CALIFORNIA,                         )
                                    )
      Defendants and Respondents.   )
                                    )
_____ )
```

**<u>NOTICE OF FEE TAIL</u>**

Relators and petitioner having no obligation to pay any filing fee herein, therefore; now come the Relator and Petitioner Jon Jay Eardley, and aver as follows:

RE FEE TAIL - 1

That further, a vested remainder in tail may be taken in execution. See Humphrey's Lessee, versus Humphries, 2 U.S. 223 (1795).

    Respectfully submitted October 19, 2021
S/Jon Jay Eardley

_____

Jon J. Eardley, In Pro Per