**FILED**

NITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 20 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| STATE BAR OF CALIFORNIA, | No. 21-56124 |
|---|---|
| Plaintiff-Appellee, | D.C. No. 2:21-cv-07758-SB-AFM |
| v. | Central District of California, Los Angeles |
| JON JAY EARDLEY, | ORDER |
| Defendant-Appellant. | |

Before: TALLMAN, CHRISTEN, and NGUYEN, Circuit Judges.

Upon a review of the record and the response to the court's November 4, 2021 order, we conclude this appeal is frivolous. We therefore deny appellant's motion to proceed in forma pauperis (Docket Entry No. 5), *see* 28 U.S.C. § 1915(a), and dismiss this appeal as frivolous, pursuant to 28 U.S.C. § 1915(e)(2) (court shall dismiss case at any time, if court determines it is frivolous or malicious).

Appellant's alternative requests for a writ of mandamus (Docket Entry Nos. 7, 10) are denied. *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977).

All other pending motions are denied as moot.

No further filings will be entertained in this closed case.

**DISMISSED**.

AT/MOATT