UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 11 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE BAR OF CALIFORNIA,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>JON JAY EARDLEY,<br><br>　　　　Defendant - Appellant. | No. 21-56124<br><br>D.C. No. 2:21-cv-07758-SB-AFM<br>U.S. District Court for Central<br>California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered January 20, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　By: Rhonda Roberts
　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　Ninth Circuit Rule 27-7